# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM ALEXANDER RAMEZ,<br><br>    Plaintiff,<br><br> v.<br><br>PAT GLEBE.<br><br>    Defendant. | CASE NO. 11-cv-05548 RBL JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The petitioner in this action is seeking a habeas corpus relief from state convictions and sentences. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee. The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 21st day of July 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
STATUS - 1