UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM ALEXANDER RAMEZ, <br><br> Petitioner, <br><br> v. <br><br> PAT GLEBE. <br><br> Respondent. | CASE NO. C11-5548-RBL-JRC <br><br> ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #20], and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) The petition is dismissed on the merits for the reasons set forth in the Report and Recommendation.

(3) Petition is not granted a certificate of appealability on any issue.

DATED this 28th day of November, 2011.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE