# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM ALEXANDER RAMEZ

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5548RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The petition is dismissed on the merits for the reasons set forth in the Report and Recommendation.

Petition is not granted a certificate of appealability on any issue.


November 29, 2011                                            WILLIAM M. McCOOL
                                                                          Clerk


                                                                   *s/CM Gonzalez*
                                                                   Deputy Clerk